WOLLMUTH MAHER & DEUTSCH LLP
David H. Wollmuth
Paul R. DeFilippo
Randall R. Rainer
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

Attorneys for Plaintiffs Oil Administradora LLC
and San Antonio Internacional Ltd.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OIL ADMINISTRADORA LLC, and SAN ANTONIO INTERNACIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK TRUST COMPANY AMERICAS, <br><br> Defendant. | 10 Civ. 2959 (PAC) <br><br> ECF CASE <br><br> **NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Oil Administradora LLC and San Antonio Internacional Ltd. hereby dismiss this action with prejudice.

Dated: New York, New York
August 30, 2010

        WOLLMUTH MAHER & DEUTSCH LLP

By:    /s/ *Randall R. Rainer*
      David H. Wollmuth
      Paul R. DeFilippo
      Randall R. Rainer

500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Plaintiffs Oil Administradora LLC and San Antonio Internacional Ltd.*

2