WOLLMUTH MAHER & DEUTSCH LLP
David H. Wollmuth
Paul R. DeFilippo
Randall R. Rainer
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 31 AUG 2010
```

Attorneys for Plaintiffs Oil Administradora LLC
and San Antonio Internacional Ltd.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OIL ADMINISTRADORA LLC, and SAN ANTONIO INTERNACIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK TRUST COMPANY AMERICAS, <br><br> Defendant. | 10 Civ. 2959 (PAC) <br><br> ECF CASE <br><br> **NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Oil Administradora LLC and San Antonio Internacional Ltd. hereby dismiss this action with prejudice. The Clerk of Court shall close this case

Dated: New York, New York
August 30, 2010

        WOLLMUTH MAHER & DEUTSCH LLP

By:    */s/ Randall R. Rainer*
      David H. Wollmuth
      Paul R. DeFilippo
      Randall R. Rainer

500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Plaintiffs Oil Administradora LLC and San Antonio Internacional Ltd.*

SO ORDERED: 31 AUG 2010

*[signature]*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**quinn emanuel**

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7263

WRITER'S INTERNET ADDRESS
christopherkercher@quinnemanuel.com

August 31, 2010

Honorable Paul A. Crotty
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
Chambers 735, Courtroom, 20-C
New York, NY 10007

Re:  *Oil Administradora LLC & San Antonio Internacional Ltd v. Deutsche Bank Trust Company Americas,* 10 Civ. 2959 (PAC).

Dear Judge Crotty:

We are counsel to non-parties and proposed intervenors QVT Fund LP ("QVT") and Quintessence Fund L.P. ("Quintessence") (collectively, the "QVT Funds"). We write to inform the Court that, on August 27, 2010, the QVT Parties entered into certain settlement agreements regarding their interest in this litigation. Among other provisions, the settlement agreements require that the Plaintiffs file a notice of dismissal with prejudice in this action pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(i). We understand that the Plaintiffs have filed such a notice on August 30, 2010 and we consent to the dismissal of this action with prejudice.

The settlement agreements also provide that the QVT Funds will withdraw their motion to intervene in this action (Doc. No. 11). In compliance with that requirement, and in connection

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL 312-705-7400 FAX 312-705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653-2000 FAX +44 (0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 (0) 3 5561-1711 FAX +81 (0) 3 5561-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100

with, the Plaintiffs' notice of dismissal and we respectfully request that the Court consider this letter notice of our withdrawal of the motion to intervene.

Respectfully submitted,

Christopher D. Kercher

cc:   David H. Wollmuth (dwollmuth@wmd-law.com; counsel for Plaintiffs)
      Paul R. Defilippo (pdefilippo@jwmd-law.com; counsel for Plaintiffs)
      Randall R. Rainer (rrainer@wmd-law.com; counsel for Plaintiffs)
      Mark Somerstein (Mark.Somerstein@ropesgray.com; counsel for Defendant)